CAMPBELL, Respondent, v. NEW YORK, C. & ST. L. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 3, 1909.) Action by Jacob Campbell against the New York, Chicago & St. Louis Railroad Company.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event. Held, that parol proof

tending to vary or contradict the terms of the release under seal given by plaintiff to defendant was improperly received and constituted reversible error, and that the finding of the jury that an oral contract was made by the defendant with the plaintiff different from that expressed in the release itself is contrary to and against the weight of the evidence. SPRING and KRUSE, JJ., concur on the first ground stated only.